02-13-415-CR

PD-0116-15

1-21-15

DEAR MR. ABEL ACOSTA

MY NAME IS CHARLES SOLOMON I WISH TO APPEAL MY CASE BUT IM SURE MY THIRTY DAYS ARE JUST ABOUT UP. I NEED TO FILE FOR AN EXTENSION GIVING THE COURT APPOINTED LAWYER HAS NOT GIVING ME ENOUGH TIME TO FILE THIS. IM NOT SURE IF THIS IS WHERE I ASK FOR AN EXTENSION. IF THIS IS WHERE I FILE THIS I NEED ANOTHER 30 DAYS TO FILE THIS APPEAL

THANK YOU

Charles Sol

FILED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk